UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.:

JORGE SALAMANCA, on his own behalf
and others similarly situated,

    Plaintiff,

v.

TNC (US) HOLDINGS, INC. f/k/a THE
NIELSEN COMPANY (US), INC.,
a Foreign Company

    Defendant.
_____/

## NOTICE OF FILING NOTICE OF CONSENT TO JOIN

Plaintiff, JORGE SALAMANCA, gives notice of filing his Notice of Consent to Join the above-styled lawsuit.

Dated this 25th day of May, 2011.

_____
Kelly Amritt
Florida Bar No.: 0648779
LAW OFFICES OF ROBERT RUBENSTEIN, P.A.
2 South University Drive, Ste. 235
Plantation, Florida, 33324
Telephone: (954) 661-6000
Facsimile: (954) 515-5787
Email: kelly@robertrubenstein.com
Trial Counsel for Plaintiff

## NOTICE OF CONSENT TO JOIN

Pursuant to 29 U.S.C. §216 (b), I, __Jorge Salamanca__ consent to become a party plaintiff in this action.

__05/20/2011__
Date

__[signature]__
Client Signature